**NOT FOR PUBLICATION**

JAN 13 2014

UNITED STATES COURT OF APPEALS



FOR THE NINTH CIRCUIT

| | |
|---|---|
| DION STARR,<br><br>        Plaintiff - Appellee,<br><br>  v.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; Deputy MAYBET BUGARIN; Deputy JOSE GARIBAY, Erroneously Sued As Deputy Jose Garivay; Sgt. MICHAEL INGE; Lt. ALFRED GONZALEZ, Erroneously Sued As Alfred Gonzales; Capt. JOHN CLARK,<br><br>        Defendants - Appellants. | No. 10-56205<br><br>D.C. No. 2:08-cv-00508-GW-SH<br><br>ORDER[*] |

Appeal from the United States District Court
for the Central District of California
George H. Wu, District Judge, Presiding

Argued and Submitted November 7, 2012
Pasadena, California

---

    [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

Before: D.W. NELSON and O'SCANNLAIN, Circuit Judges, and SINGLETON, Senior District Judge.**

The parties' joint motion for voluntary dismissal of this appeal is

**GRANTED**. This appeal is dismissed. *See* Fed. R. App. P. 42(b). This order sent

to the district court shall constitute the mandate. The parties shall bear their own

costs and fees on appeal.

---

** The Honorable James K. Singleton, Senior District Judge for the U.S. District Court for the District of Alaska, sitting by designation.